# MAYER | BROWN

Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
United States of America

T: +1 312 701 8000
F: +1 312 701 7711
mayerbrown.com

**Michael A. Scodro**
T: +1 312 701 8886
F: +1 312 706 8191
MScodro@mayerbrown.com

<u>VIA ECF</u>

December 5, 2024

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *State of Vermont v. 3M Company*, No. 24-1250

Dear Ms. Wolfe:

I represent Appellant 3M Company in the above-captioned matter. On October 11, 2024, I submitted an Oral Argument Statement pursuant to Circuit Rule 34.1, advising the Court of my dates of unavailability between November 2024 and February 2025. *See* Dkt. 40. The Court has not yet scheduled oral argument.

I write to advise the Court of my additional dates of unavailability through the middle of April. Those dates are:

- January 6-17, 2025;
- January 21-22, 2025;
- February 24-26, 2025; and
- March 31-April 11, 2025.

 Thank you for your consideration.

Respectfully submitted,

s/ *Michael A. Scodro*
Michael A. Scodro

*Counsel for 3M Company*

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2024, the foregoing document was served on opposing counsel electronically via the Court's CM/ECF system.

Dated: December 5, 2024                                    s/ *Michael A. Scodro*