**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |

Date: August 19, 2025
Docket #: 24-1250
Short Title: State of Vermont v. 3M Company

DC Docket #: 2:24-cv-19
DC Court: DISTRICT OF VERMONT (BURLINGTON)
DC Judge: Trial Judge - William K. Sessions

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8522.