# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of August, two thousand twenty-five.

Before:    José A. Cabranes,
                Raymond J. Lohier, Jr.,
                Richard J. Sullivan,
                      *Circuit Judges.*

_____

State of Vermont,

        Plaintiff - Appellee,

  v.

3M Company,

        Defendant - Appellant,

E. I. du Pont de Nemours and Company, The Chemours Company, The Chemours Company FC, LLC, Corteva, Inc., DuPont de Nemours, Inc.,

        Defendants.
_____

**ORDER**

Docket No. 24-1250

     Appellee moves the Court to issue the mandate forthwith.

     IT IS HEREBY ORDERED that the unopposed motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court